PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edmanuel Rivera  Cr.: 03-00483-002
PACTS Number: 36432

Name of Sentencing Judicial Officer: William H. Walls, USDJ

Date of Original Sentence: 03/30/05

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 37 months custody; 36 months supervised release; $200 fine; $100 special assessment

Type of Supervision: Supervised Release   Date Supervision Commenced: 01/31/08

### PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment in an anger management/domestic violence program as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

On July 14, 2009, Rivera was arrested at his residence in Prospect Park, New Jersey, for assaulting his girlfriend, Christina Zorrilla. This matter remains pending at the Passaic County Superior Court.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 07/21/09

PROB 12B - Page 2

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

27 July 2009
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment (for anger management/domestic violence) as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

Witness: _____
U.S. Probation Officer
Denise Morales

Signed: _____
Probationer or Supervised Releasee
Edmanuel Rivera

7/16/09
DATE